UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

                      Plaintiff

    -v-                                                          19-CV-1157-EAW

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT

7405 MORGAN ROAD, LIVERPOOL, NEW YORK,
et. al.,

                      Defendants.

(In re: Kevin J. Morgan)

## ORDER OF FOREITURE OF KEVIN J. MORGAN'S INTEREST IN NET PROCEEDS FROM THE SALE OF DEFENDANT PROPERTIES

    Upon the joint application of the Plaintiff and counsel for Claimant Kevin J. Morgan for an Order forfeiting the net sale proceeds representing Kevin J. Morgan's equity interests in the real properties, referenced below, that he has agreed to forfeit and assign to the United States, and after full and careful consideration of the joint application, and all prior pleadings and proceeding in this matter, it is hereby

    **ORDERED, ADJUDGED** and **DECREED** that, the joint application be granted; and it is hereby

    **ORDERED, ADJUDGED** and **DECREED** that, the following net sale proceeds are forfeited to the United States of America pursuant to Title 18, United States Code, Section

981(a)(1)(C) and shall be disposed of in accordance with law by the United States Marshals Service:

- a. $119,467.49 allocated to Kevin J. Morgan, the owner of an equity interests in Morgan Brookwood LLC, from the sale of Brookwood on the Green Apartments, 7405 Morgan Road, Liverpool, NY;

- b. $1,073,713.83 allocated to Kevin J. Morgan, the owner of an equity interest in Morgan Rivers Pointe LLC, from the sale of Rivers Pointe Phase I, 3776-3812 Rivers Pointe Way, Liverpool, NY;

- c. $272,337.60 allocated to Kevin J. Morgan, the owner of an equity interest in Morgan Watertown Holdings LLC, associated with Preserve at Autumn Ridge I LLC, from the sale of Preserve at Autumn Ridge I, 14630 Autumn Ridge Lane, Watertown (Lot 3A, County Route 202);

- d. $130,130.16 allocated to Kevin J. Morgan, the owner of an equity interest in Morgan Watertown Holdings LLC, associated with Preserve at Autumn Ridge II LLC, from the sale of Preserve at Autumn Ridge II, 14630 Autumn Ridge Lane, Watertown (Lot 3B, County Route 202);

- e. $681,800 allocated to Kevin J. Morgan, the owner of an equity interest in RR Oak Holdings LP, from the sale of Nineteen North, 1050 Nineteen North Drive, Pittsburgh, PA;

- f. $953,658.17 allocated to Kevin J. Morgan, the owner an equity interest in Colonial Crossings Investments LP, from the sale of The View at MacKenzi, 2035 Patriot Street, York, PA;

- g. $44,567.48 allocated to Kevin J. Morgan, the owner of an equity interest in Chili Townhomes 246 LLC, from the sale of Union Square Phase I, Chili, NY;

- h. $468,751.10 allocated to Kevin J. Morgan, the owner of an equity interest in Morgan Hickory Hollow, LLC, from the sale of Hickory Hollow, 1 Pirates Cove and 14459 Hickory Lane, Spencerport, NY; and

- i. $910,919.90 allocated to Kevin J. Morgan, the owner of an equity interest in Knollwood Associates LLC, from the sale of Knollwood Manor Apartments, 38 Boxwood Lane, Fairport, NY.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

DATED:   January 19, 2021
         Rochester, New York

3